NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JENNIFER L. HOLCOMBE,                   )
                                        )
        Appellant,                      )
                                        )
v.                                      )      Case No. 2D18-179
                                        )
RAYMOND J. HOLCOMBE,                    )
                                        )
        Appellee.                       )
_____ )

Opinion filed October 19, 2018.

Appeal from the Circuit Court for Pinellas
County; Susan St. John, Judge.

Ama N. Appiah of The Law Office of Ama
N. Appiah, P.A., St. Petersburg, for
Appellant.

Kathy C. George of The Law Offices of
Kathy C. George, Dunedin, for
Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.